UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
William Gottlieb Management Co, LLC,

                Plaintiff,      20 Civ. 08907 PAC)

- against -                  **DEFAULT JUDGMENT**

Allan H. Carlin,

                Defendant.
----------------------------------------x

This action having been commenced on 10/23/2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Allan H. Carlin on 12/31/2020, who refused to waive service when asked, by delivering same to a person of suitable age and discretion at his dwelling place or usual place of abode, and by affixing and mailing a copy to his dwelling place or usual place of abode on January 9, 2021, and proofs of service having been filed on 2/24/2021 and on 2/26/2021, respectively, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff has judgment against defendant in the liquidated amount of $ 100,808.50 with interest at 0 % to date amounting to $ 100,808.50 plus costs of this action in the amount of $5,499.50 amounting in all to $ 106,308.00, and injunctive relief forbidding defendant from accessing plaintiff's computers via plaintiff's Dropbox account in violation of the Computer Frauds and Abuse Act, 18 U.S.C. § 1030, *et seq.*, The Stored Communications Act, 18 U.S.C. § 2701, *et seq.*, New York trespass to chattels, and common law negligence.

Dated: New York, New York
       MAY 10, 2021

                                                               /s/ Paul A. Crotty
                                                               U.S.D.J.