USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/19/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM GOTTLIEB MANAGEMENT CO., LLC,

                Plaintiff,

    -against-

ALLAN CARLIN,

                Defendant.

20-CV-8907 (VM) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses. Parties and counsel are cautioned:

1.      All discovery must be initiated in time to be concluded by the relevant discovery deadline set by the Court.

2.      The Motion to Dismiss (Dkt. 67) filed by plaintiff on July 19, 2024, does not stay discovery. All deadlines set by the Court remain in effect.

3.      The next Case Management Conference, originally scheduled for September 13, 2024 (Dkt. 59 ¶ 11) and rescheduled to October 5, 2024 (*see* Dkt. 64) **will now take place before Magistrate Judge Barbara Moses on <u>Monday, October 7, 2024 at 10:00 a.m.</u> in Courtroom 20A, 500 Pearl Street, New York, NY 10007.** No later than **September 30, 2024,**

the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts

4.     Discovery applications, including letter-motions requesting discovery conferences, must be made promptly after the need for such an application arises and must comply with Local Civil Rule 37.2 and § 2(b) of Judge Moses's Individual Practices. It is the Court's practice to decide discovery disputes at the Rule 37.2 conference, based on the parties' letters, unless a party requests or the Court requires more formal briefing. Absent extraordinary circumstances, discovery applications made later than 30 days prior to the close of discovery may be denied as untimely.

5.     For motions other than discovery motions, pre-motion conferences are not required, but may be requested where counsel believe that an informal conference with the Court may obviate the need for a motion or narrow the issues.

6.     Requests to adjourn a court conference or other court proceeding (including a telephonic court conference) or to extend a deadline must be made in writing and in compliance with § 2(a) of Judge Moses's Individual Practices. Telephone requests for adjournments or extensions will not be entertained.

7.     In accordance with § 1(d) of Judge Moses's Individual Practices, letters and letter-motions are limited to four pages, exclusive of attachments. Courtesy copies of letters and letter-motions filed via ECF are required only if the filing contains voluminous attachments. Courtesy copies should be delivered promptly, should bear the ECF header generated at the time of electronic filing, and should include tabs for the attachments.

Dated: New York, New York       **SO ORDERED.**
       July 19, 2024

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2