```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/22/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WILLIAM GOTTLIEB MANAGEMENT CO., LLC,

                Plaintiff,

        - against -

ALLAN H. CARLIN,

                Defendant.

**20 Civ. 8907 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Clerk of Court is hereby respectfully **ORDERED** to strike the filings at Dkt. Nos. 67–68 from the docket in this case and to terminate the pending motion at Dkt. No. 67.

If plaintiff William Gottlieb Management Co., LLC wishes to file a motion to dismiss, it is directed to comply with Section II.B.2 of the Court's Individual Practices before doing so. See https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:    22 July 2024
        New York, New York

                                   Victor Marrero
                                   U.S.D.J.