UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM GOTTLIEB MANAGEMENT CO., LLC,

        Plaintiff,

-against-

ALLAN CARLIN,

        Defendant.

20-CV-8907 (VM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed on the record during today's conference, any motion to compel discovery (or for a protective order) arising from the parties' current disagreements must be filed no later than **October 16, 2024**, in compliance with Local Civil Rule 37.3 and this Court's Individual Practices. Any responding letter-brief(s) must be filed no later than **October 22, 2024**. Judge Moses will hold a conference on the motion(s) on **October 24, 2024 at 11:00 a.m** in Courtroom 20A, 500 Pearl Street, New York, NY 10007.

Dated: New York, New York
       October 7, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**