USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM GOTTLIEB MANAGEMENT CO., LLC,

        Plaintiff,

-against-

ALLAN CARLIN,

        Defendant.

20-CV-8907 (VM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's discovery conference, it is hereby ORDERED that:

1. <u>Discovery Responses</u>. No later than **October 31, 2024**, plaintiff William Gottlieb Management Co, LLC shall, in accordance with the Court's oral ruling:

    a. Serve supplemental written responses to defendant's Requests for Admission No. 14, 15, 16, and 17 (Dkt. 85-4 at 5) in accordance with Fed. R. Civ. P. 36(a)(4)-(5);

    b. Serve a supplemental written response to defendant's Interrogatory No. 5 (Dkt. 85-6 at ECF p. 3) in accordance with Fed. R. Civ. P. 33(b); and

    c. Serve supplemental written responses to defendant's Request for Production No. 13 (Dkt. 85-7 at 7) in accordance with Fed. R. Civ. P. 34(b)(2) and produce all non-privileged responsive documents.

2. <u>Privilege Log</u>. If either party withholds documents or information on privilege grounds, that party must serve a privilege log, no later than **November 14, 2024**, in compliance with Local Civ. R. 26.2.

3. <u>Motion for Fees and Expenses</u>. No later than **October 31, 2024**, defendant shall either:

    a. File an application, pursuant to Fed. R. Civ. P. 37(a)(5), to recover reasonable fees and expenses incurred in litigating his motion to compel (Dkt. 85). Plaintiff's response, if any, must be filed no later than **November 7, 2024**; or

    b. File a letter reporting that he will not seek fees and expenses.

4. <u>Discovery Deadline</u>. The deadline to complete fact discovery is hereby EXTENDED to **December 18, 2024**.

The Clerk of Court is respectfully directed to close the motion at Dkt. 85.

Dated: New York, New York
October 24, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**