UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM GOTTLIEB MANAGEMENT CO., LLC,

        Plaintiff,

  -against-

ALLAN CARLIN,

        Defendant.

20-CV-8907 (VM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court notes that a mediation conference was held on November 20, 2024, and that a continued mediation conference is scheduled for December 10, 2024. No later than **December 17, 2024**, the parties shall submit a joint status letter, updating the Court as to the outcome of mediation.

Dated: New York, New York
       December 4, 2024

                              **SO ORDERED**.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2024