UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM GOTTLIEB MANAGEMENT, CO, LLC,

           Plaintiff and Counterclaim-Defendant,

- against -

ALLAN H. CARLIN,

           Defendant and Counterclaim-Plaintiff.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2025

20 Civ. 8907 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

On May 15, 2025, plaintiff William Gottlieb Management, Co, LLC ("WGM") filed a motion for partial summary judgment. (See Dkt. No. 111.) Defendant Allan Carlin ("Carlin") shall file an opposition no later than June 5, 2025, and WGM shall file a reply no later than June 19, 2025.

**SO ORDERED.**

Dated:    21 May 2025
            New York, New York

                                          Victor Marrero
                                             U.S.D.J.