USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM GOTTLIEB MANAGEMENT CO., LLC,

          Plaintiff,

  -against-

ALLAN CARLIN,

          Defendant.

20-CV-8907 (VM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On May 15, 2025, plaintiff William Gottlieb Management Co. (WGM) filed a motion for partial summary judgment, pursuant to Fed. R. Civ. P. 56. (Dkt. 111.) On May 20, 2025, WGM filed a motion to dismiss defendant Allan Carlin's counterclaim, pursuant to Fed. R. Civ. P. 12(b)(6). (Dkt. 115.) On May 21, 2025, the district judge referred the motion to dismiss to me for report and recommendation, along with "resolution of the document dispute raised in the amended counterclaim and the motion to dismiss." (Dkt. 116.) It is hereby ORDERED:

1. If either party believes that there is a pending document dispute requiring judicial resolution, that party must submit, no later than **May 30, 2025**, a letter-motion, in accordance with Local Civil Rule 37.2 and this Court's Individual Practices, identifying the relief requested.

2. The Court notes that all of the arguments raised by WGM in its motion to dismiss the counterclaim were previously raised in its opposition to defendant's motion for leave to amend the counterclaim, and rejected by this Court in its order granting that motion. (Dkt. 109.) Consequently, before this Court sets a briefing schedule on the recently-filed motion to dismiss, WGM must, no later than **June 2, 2025**, submit a letter providing the legal authority that, in its view, permits it to press the same arguments a second time.

Dated: New York, New York
       May 23, 2025

_____
**BARBARA MOSES**
**United States Magistrate Judge**