```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WILLIAM GOTTLIEB MANAGEMENT, CO., LLC,

    Plaintiff and Counterclaim-Defendant,

- against -

ALLAN H. CARLIN,

    Defendant and Counterclaim-Plaintiff.

**20 Civ. 8907 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On June 10, 2025, United States Magistrate Judge Moses issued a thorough Report and Recommendation, recommending that the Court deny the motion by plaintiff William Gottlieb Management Co., LLC ("WGM") to dismiss the amended counterclaim of defendant Allan H. Carlin ("Carlin"). (See Dkt. No. 123.) The parties were given until June 24, 2025, to file objections to the Report and Recommendation. (See id. at 7.) No objections or requests for an extension have been filed and the deadline for objections has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "To accept the report and recommendation of a magistrate, to which no timely

objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." <u>Trustees of Drywall Tapers & Pointers Loc. Union No. 1974 Benefit Funds v. Cite C Corp.</u>, No. 17 Civ. 9304, 2019 WL 1745743, at *1 (S.D.N.Y. Apr. 18, 2019) (quoting <u>Nelson v. Smith</u>, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)). The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby adopts Magistrate Judge Moses's Report and Recommendation (Dkt. No. 123) in its entirety as the opinion of the Court. Accordingly, WGM's motion to dismiss the amended counterclaim (Dkt. No. 115) is hereby **DENIED**.

**SO ORDERED.**

Dated:    26 June 2025
          New York, New York

_____
Victor Marrero
U.S.D.J.