USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM GOTTLIEB MANAGEMENT CO., LLC,<br><br>              Plaintiff,<br><br>    -against-<br><br>ALLAN CARLIN,<br><br>              Defendant. | 20-CV-8907 (VM) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

      As a precondition for the settlement conference scheduled for July 9, 2025, the parties were required to "conduct at least one good-faith settlement discussion, in person or by telephone," during which each party was required to "convey to each opposing party at least one good-faith settlement demand or offer[.]" (Dkt. 124 ¶ 2.)

      The Court has reviewed the parties' confidential pre-settlement letters. In its letter, plaintiff does not disclose when the parties last met to discuss settlement or what good faith settlement proposal plaintiff has offered, but rather states only that "Plaintiff has calculated its entitlement to [redacted] in damages and/or attorneys' fees incurred as a result of Carlin's conduct, which continue to accrue, plus interest," and that "settlement discussions have been unproductive to date."

      Consequently, it is hereby ORDERED that the parties promptly conduct the required settlement discussion, during which plaintiff shall convey at least one good-faith demand. No later than the close of business on **July 8, 2025**, plaintiff must submit a confidential settlement update letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov, confirming that the parties have met and conferred as required, and advising the Court of plaintiff's current settlement position.

Dated: New York, New York
       July 7, 2025

_____
**BARBARA MOSES**
**United States Magistrate Judge**