USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLIAM GOTTLIEB MANAGEMENT CO., LLC,

            Plaintiff,

   -against-

ALLAN CARLIN,

            Defendant.

---

20-CV-8907 (VM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff's deadline to file an Answer to defendant's Amended Counterclaim (Dkt. 110) is EXTENDED to **July 31, 2025**.

Dated: New York, New York
       July 9, 2025

_____
**BARBARA MOSES**
**United States Magistrate Judge**