USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

William Gottlieb Management Co, LLC,

                  Plaintiff,

      - against -

Allan H. Carlin,

                  Defendant.

**20 Civ. 08907 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The parties have submitted a proposed schedule for pretrial submissions and a bench trial in accordance with the Court's Individual Trial Procedures. (See Dkt. No. 139.) The Court hereby adopts the parties' proposed deadlines for all pretrial submissions. (See id.) The final pretrial conference is hereby scheduled for June 12, 2026, at 10:00 AM. The three-day bench trial will begin on June 15, 2026, at 9:00 AM.

**SO ORDERED.**

Dated:    30 December 2025
          New York, New York

                               Victor Marrero
                               U.S.D.J.